No. 01–7449. CASTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7468. ROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7481. THOMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7521. DUFORT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8013. SEATON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–8119. LEBRON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–8165. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8540. BROWN v. HOBBS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–8550. CRITTENDEN v. CHUCKAWALLA STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 01–8551. SANDERS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 01–8554. MARBLY v. MAYOR, CITY OF SOUTHFIELD. C. A. 6th Cir. Certiorari denied.

No. 01–8558. SNYDER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–8559. SAFOUANE ET UX. v. KING COUNTY, WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8561. BAILEY v. McCOY ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–8562. BAKKEN v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.